UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ANTHONY W. SOTIN, )
)
        Plaintiff, )   No. CV-07-326-LRS
)
vs. )   **ORDER OF DISMISSAL**
)
DEPUTY REED, et al., )
)
        Defendants. )
_____)

    Plaintiff has filed what the court construes as a motion for voluntary dismissal of this action, although the document is captioned "civil complaint." (Ct. Rec. 17). It is not clear if this document was served upon counsel for the Defendants. Defendants filed an answer in this matter on June 6, 2008 (Ct. Rec. 15) and a telephonic scheduling conference is currently set for July 8.

    Because Defendants filed an answer, dismissal can only be effected through a court order on terms the court considers proper. Fed. R. Civ. P. 41(a)(2). Good cause appearing, Plaintiff's motion (Ct. Rec. 17) is **GRANTED** and the captioned action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)(2). The telephonic scheduling conference set for July 8 is **VACATED**.

    **IT IS SO ORDERED**. The District Court Executive is directed to enter this order and forward a copy to the Plaintiff and to counsel for Defendants. The District Court Executive shall administratively **CLOSE** this file.

    **DATED** this  20th  day of June, 2008.

                    *s/Lonny R. Suko*
                    LONNY R. SUKO
               United States District Judge

**ORDER OF DISMISSAL-**      1